**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 99-6220**

——————————

ANTHONY EDEN CAVINS,

Petitioner - Appellant,

versus

LAWRENCE GREER, Warden Central Facility,

Respondent - Appellee.

——————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-76-AM)

——————————

Submitted:  May 13, 1999                Decided:  May 18, 1999

——————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

——————————

Dismissed by unpublished per curiam opinion.

——————————

Anthony Eden Cavins, Appellant Pro Se.

——————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Eden Cavins appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Cavins v. Greer, No. CA-99-76-AM (E.D. Va. Feb. 1, 1999).[*] We deny Cavins' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on January 28, 1999, the district court's records show that it was entered on the docket sheet on February 1, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2